*Attorneys at law*

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY  10281-1008

*www.sedgwicklaw.com*   212.422.0202  *phone*   212.422.0925  *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

September 20, 2013

*Via ECF*
Hon. Joanna Seybert, U.S.D.J.
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

Re:  *Arnone* v. *Aetna, Inc.* d/b/a *Aetna Life Insurance Company,*
     Civ. Act. No. 13-cv-05168-JS-WDW

Dear Judge Seybert:

    This office represents defendant Aetna Life Insurance Company ("Aetna") in the above-referenced matter.

    We write to request an extension of time to respond to the Complaint in this matter on behalf of Aetna. Aetna's response is due on September 23, 2013 and Aetna requests that its time to respond to the Complaint be extended to October 7, 2013. Plaintiff's counsel consents to this request and this extension does not affect any previously scheduled dates set by the Court. No prior request for an extension of time to Answer or respond to the Complaint have been made by Aetna.

    Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP


cc:   Ted Tanenbaum (*via Email*)

NY/1270603v1