UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
SALVATORE ARNONE,

                                   Civil Action No.: 13 cv 5168

                   Plaintiff(s),

    -against-                     **NOTICE OF APPEARANCE**

AETNA, INC. d/b/a AETNA LIFE INSURANCE        Seybert,  J.
COMPANY,                                  Wall,  M.J.

                   Defendant(s).
-----------------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** that the plaintiff, SALVATORE ARNONE, shall further

be represented on an Of Counsel basis by the firm of TED J. TANENBAUM, P.C., and Ted J.

Tanenbaum, Esq., to the plaintiff's attorney of record SIBEN & SIBEN, LLP.


Dated: Carle Place, New York          Yours, etc.
       September 20, 2013

                          TED J. TANENBAUM, P.C.

                          _____
                          By: TED J. TANENBAUM, ESQ. (TT-0852)
                          Of counsel to SIBEN & SIBEN, LLP
                          Attorneys for the plaintiff
                          SALVATORE ARNONE
                          One Old Country Road
                          Suite 318
                          Carle Place, NY 11514
                          (516) 873-0011


To:    SEDGWICK, LLP
        Attorneys for defendant
        AETNA LIFE INSURANCE COMPANY
        225 Liberty Street, 28th Floor
        New York, NY 10281-1004
        (212) 422-0202

SIBEN & SIBEN, LLP
Attorneys for the plaintiff
SALVATORE ARNONE
90 East Main Street
Bay Shore, NY 11706
(631) 665-3400