UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SALVATORE ARNONE,

                              Plaintiff,

  -against-

AETNA, INC., d/b/a
AETNA LIFE INSURANCE COMPANY,

                             Defendant.

-------------------------------------------------------------------X

Civil Action No.:
13 CV 05168(JS)(WDW)

**RULE 7.1 DISCLOSURE STATEMENT FOR AETNA LIFE INSURANCE COMPANY**

DOCUMENT
<u>ELECTRONICALLY FILED</u>

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, AETNA LIFE INSURANCE COMPANY ("Aetna") s/h/a AETNA, INC., d/b/a AETNA LIFE INSURANCE COMPANY, certifies that the following is corporate parent, subsidiary, or affiliate of that party which is publicly held:

    1.    Aetna Inc.

Dated:  New York, New York
           October 7, 2013

                                      Respectfully submitted,

                                        _\_\_\_s/_____
                                        Michael H. Bernstein (MB 0579)
                                        Matthew P. Mazzola (MM 7427)
                                        SEDGWICK, LLP
                                        *Attorneys for Defendant*
                                        225 Liberty Street, 28th Floor
                                        New York, New York 10281
                                        Telephone:  (212) 422-0202
                                        Facsimile:  (212) 422-0925

Ted J. Tanenbaum & Associates PC
One Old Country Road
Suite 318
Carle Place, NY 11514
*Attorney for Plaintiff*

2

Michael P. DeNoto
SIBEN & SIBEN, LLP
90 East Main Street
Bay Shore, NY 11706
*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **Rule 7.1 Disclosure Statement** was served via regular mail on October 7, 2013, upon the following:

Ted J. Tanenbaum & Associates PC
One Old Country Road
Suite 318
Carle Place, NY 11514
516-873-0011
Fax: 516-873-0011
Attorney for Plaintiff

Michael P. DeNoto
SIBEN & SIBEN, LLP
90 East Main Street
Bay Shore, NY 11706
(631)665-3400
*Attorneys for Plaintiff*

                                             s/_____
                                             Michael H. Bernstein (MB 0579)

Dated:   New York, New York
            October 7, 2013