UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
Salvatore Arnone

    -V-                                      ORDER OF RECUSAL
                                              CV 13-5168 (JS)(WDW)

Aetna, Inc.

------------------------------------------------------X

Appearances:
For the Plaintiffs:
Michael DeNoto, Esq.
Siben & Siben
90 E. Main St.
Bay Shore  NY 11706

Ted Tanenbaum, Esq.
1 Old Country Rd.    #318
Carle Place  NY 11514

For the Defendants:
Matthew Mazzola, Esq.
Michael Bernstein, Esq.
Sedgwick LLP
225 Liberty St.      28 Fl.
New York  NY 10281

SEYBERT, District Judge:

        Due to the fact that I have a conflict with counsel for the defendant, I must recuse myself.

        The Clerk of Court will be directed to reassign the case at random from the Long Island wheel.  Magistrate Judge William D. Wall shall remain the assigned magistrate judge.

        SO ORDERED.

Dated: Jan. /10   , 2014
        Central Islip  NY

                        /s/ JOANNA SEYBERT
                        JOANNA SEYBERT, U.S.D.J.