LAW OFFICES
# Ted J. Tanenbaum, P.C.
A PROFESSIONAL CORPORATION
ONE OLD COUNTRY ROAD, SUITE 318
CARLE PLACE, NEW YORK 11514
TELEPHONE (516) 873-0011
Facsimile (516) 873-0120

TED J. TANENBAUM
tedtanenbaum@tjt-lawyers.com

February 14, 2014

**Via Electronic Filing:**
United States District Court
Eastern District of New York

**Attn.: Magistrate Judge William D. Wall**

                                     Re:    **Arnone vs. Aetna, Inc. d/b/a Aetna Life Insurance Company**
                                                   **Index No.: 13-cv-5168**
                                                   **Request for Rule 16 Conference**

Dear Judge Wall:

We are co- counsel representing the plaintiff in this case presently pending before this Court.

We have been attempting to have a conference with the attorneys for the defendant to go over the legal issues involved in this matter. They have expressed an opinion that they are not willing to hold any such conference.

We have reviewed our records and do not find a Rule 16 Conference held on this matter. We respectfully request the Court to hold a Rule 16 Conference with both sides in order to at least learn the various legal positions involving the parties in this case. We do not comprehend the position of the defendant in this matter. Without an understanding of the defendant's position in the case it is extremely difficult to even prepare discovery requests.

As stated previously the defendant does not consent to said conference but we still wish this Court to hold a conference to hold the conference with the intention of at least having disclosure of the legal positions of the plaintiff and the legal position of the defendant.

Please advise us if the court will schedule a Rule 16 Conference.

Defendant has been advised that we will be writing to the Court for permission to hold said conference.

Very truly yours,

Ted J. Tanenbaum

TJT:po

CC: Siben & Siben, LLP
90 East Main Street
Bay Shore, NY 11706
Attn. Stephen Siben

Case 2:13-cv-05168-LDW-WDW Document 11 Filed 02/14/14 Page 2 of 2 PageID #: 46