UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SALVATORE ARNONE,                                **ORDER**
                        Plaintiff(s),            CV 13-5168(SJF) (WDW)

            -against-


AETNA LIFE INSURANCE COMPANY,
                        Defendant(s).
----------------------------------------------------------X

**WALL, Magistrate Judge:**

 Before the court is a motion by the plaintiff for permission to conduct certain discovery in this ERISA matter.  DE[20].  The motion is opposed by the defendant.  DE[21].  The motion is denied without prejudice to renewal after the parties' Initial Conference with Judge Feuerstein in July.

 This matter was originally assigned to Judge Seybert and then to Judge Wexler.  A discovery schedule was entered.  Subsequently, the case was reassigned to Judge Feuerstein, who does not refer matters to the assigned magistrate for discovery oversight until after she has had an initial conference with the parties.  That conference is scheduled for July 10, 2014.  If Judge Feuerstein refers discovery to the magistrate at that conference, the plaintiff may renew the motion.

 Defense counsel is warned that any submissions that are not in twelve point font will not be accepted or considered.  Defendant's opposition to the current motion is not in twelve point font, and, if the motion is renewed, defendant will have to file new opposition that complies with both the twelve point font and three page limit requirement.

Dated: Central Islip, New York          **SO ORDERED:**
   May 21, 2014


          /s/ William D. Wall
          WILLIAM D. WALL
          United States Magistrate Judge